## COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. T. J. MOSS TIE COMPANY.

### No. 14776.

United States Court of Appeals
Eighth Circuit.

Jan. 27, 1953.

Charles S. Lyon, Asst. Atty. Gen. and Charles W. Davis, Chief Counsel, Bureau of Internal Revenue, Washington, D. C., for petitioner.

Edward W. Tobin, St. Louis, Mo., for respondent.

PER CURIAM.

Petition to Review docketed and dismissed, on motion of petitioner and consent of respondent. 18 T.C. 188.

## C. Howard HOOK and W. W. Miller, Doing Business as a Partnership Under the Name and Style of Hook & Miller, v. HOOK & ACKERMAN, Inc., Appellant.

### No. 10828.

United States Court of Appeals
Third Circuit.

Argued Jan. 22, 1953.

Decided Feb. 6, 1953.

Harry Price, New York City (Stonecipher & Cunningham, by Charles L. Cunningham, Pittsburgh, Pa., Matthew Sidney Biron, Philadelphia, Pa., on the brief), for Harold S. Ackerman and Hook & Ackerman, Inc.

William B. Jaspert, Pittsburgh, Pa., for C. Howard Hook and W. W. Miller, ind. and d/b/a Hook & Miller; and R. O. Graffius.

Before GOODRICH, STALEY and HASTIE, Circuit Judges.

PER CURIAM.

Points presented in this appeal were all discussed in the opinion of Judge Stewart in the district court. Hook v. Hook & Ackerman, Inc., D.C.W.D.Pa.1952, 103 F. Supp. 790. We think that he was right and affirm for the reasons set out in his opinion.

The judgment of the district court will be affirmed.

## Dorothy FOREST, Appellant, v. UNITED STATES of America.

### No. 14756.

United States Court of Appeals
Eighth Circuit.

Jan. 14, 1953.

Dorothy Forest, pro se.

George L. Robertson, U. S. Atty., St. Louis, Mo. and B. Franklin Taylor, Jr., Sp. Asst. to Atty. Gen., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellee.